U.S. DISTRICT COURT OF THE STATE OF CALIFORNIA
CENTRAL DISTRICT, SOUTH DIVISION

CARLOS CAZARES
2552 WEST GLENOAKS AVENUE
ANAHEIM CA, 92801
714-944-6232
IN PRO-PER

CARLOS CAZARES
PLAINTIFF

VS,

JP MORGAN CHASE BANK, JAIME DIMON,
AMERISAVE MORTGAGE CORPORATION,
LINEAR TITLE AND CLOSING ,
NICK LIUZZA and DOES 1-10 inclusive,

DEFENDANT (S).

CASE NO: CV 11- 03638 R (JEMx)

) COMPLAINT TO QUIET TITLE TO REAL
) REAL PROPERTY,
) NOTICE OF PENDENCY OF ACTION
) (LIS PENDENS)
) RESTRAINT ORDER INJUNCTION
) RELIEF .
) AMOUNT EXCEEDS $75,000.00
)

Plaintiff complains and for causes of action alleges as follows:

**CAUSE OF ACTION**

Plaintiff, CARLOS CAZARES: is and at all times herein mentioned a Resident of The County of Orange, State of California. Residing at 2552 WEST GLENOAKS AVENUE, ANAHEIM CA, 92801.

Defendant(s) JP MORGAN CHASE BANK, is and at all times herein mentioned, is a Corporation organized and existing under the Laws of The State of New York, with principle offices located at 270 Park Avenue, New York, NY 10017.

COMPLAINT TO QUIET TITLE TO REAL PROPERTY, NOTICE OF PENDENCY OF ACTION (LIS PENDENS)
RESTRAINT ORDER INJUNCTION RELIEF. AMOUNT EXCEEDS $75,000.00

1  Defendant(s) AMERISAVE MORTGAGE CORPORATION, is and at all times herein
2  mentioned, is a Corporation organized and existing under The Laws of The State of Georgia,
3  with principle offices located at Atlanta, Ga 30326.

4
5  Defendant(s) LINEAR TITLE AND CLOSING, is and at all times is a Corporation organized
   and existing under the Laws of the State of Rhode Island, with principle offices located in
6  Middletown, Rhode Island 02842.
7

8  Plaintiff, CARLOS CAZARES, is ignorant of the true names and capacities of Defendant(s) sued
9  herein mentioned as DOES 1-10 inclusive, and therefore sues these Defendant(s) by such
10 fictitious names. Plaintiff will amend this complaint to allege their true names and capacities
11 when ascertained. Plaintiff is informed and believes and thereon alleges that, at all times herein
12 mentioned, each of the Defendant(s) is not and at all times herein mentioned, each of the
13 Defendant(s) sued herein was or were the agents and employees of each of the remaining
14 Defendant(s) and was at all times acting within the purpose and scope of such agency and
15 employment. Defendant(s) **is not** and at all times herein mentioned the OWNERS and/or entiled
16 possession of the property located at 2552 WEST GLENOAKS AVENUE, ANAHEIM CA,
17 92801, is informed and believe and thereupon alleges that Defendant(s) is without any right
18 whatsoever, and said Defendant(s) have no legal or equitable right, claim, or interest in said
   property.
19

20 Defendant(s) must prove possession of a NOTE to demonstrate ownership of such Note. If
21 Defendant(s) purchased or had the note assigned to them there must be a legal paper trail and in
22 the case of Mortgage Notes in many States there **"must be a recorded document"**, showing the
23 transfer of The Note to another Party. If The Law binds the Plaintiff to a contract, then should
24 not The Law that requires proof positive of legal ownership be binding as well?. JP MORGAN
25 CHASE BANK, JAIME DIMON, AMERISAVE MORTGAGE CORPORATION, LINEAR
26 TITLE AND CLOSING, NICK LUIZZA and DOES 1-10 inclusive. The Law is The Law that
27 applies for everyone, "two wrongs do not make a right". Plaintiff has been faithfull to his

COMPLAINT TO QUIET TITLE TO REAL PROPERTY, NOTICE OF PENDENCY OF ACTION (LIS PENDENS)
28 RESTRAINT ORDER INJUNCTION RELIEF. AMOUNT EXCEEDS $75,000.00

3. For a Declaration and Determination that the Plaintiff is the rightful holder of the title of the property and that Defendant(s) herein, and each of them, be declared to have no estate, right, title or interest in the subject property in this matter.
4. For a judgment forever enjoining said Defendant(s), and each of them, from claiming any estate, right, title or interest in the subject property.
5. For Costs of suit herein incurred.
6. And for such other and further relief as The Court may deem proper.

Dated: 4-27-11

_____
CARLOS CAZARES
IN PROPER

COMPLAINT TO QUIET TITLE TO REAL PROPERTY, NOTICE OF PENDENCY OF ACTION (LIS PENDENS) RESTRAINT ORDER INJUNCTION RELIEF. AMOUNT EXCEEDS $75,000.00

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
CARLOS CAZARES
2552 WEST GLENOAKS AVENUE
ANAHEIM CA, 92801   714-944-6232   IN PRO-PER

**DEFENDANTS**
JP MORGAN CHASE, JAIME DIMON, AMERISAVE MORTGAGE CORPORATION, LINEAR TITLE AND CLOSING, NICK LUIZZA AND DOES 1-10 INCLUSIVE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
CARLOS CAZARES
2552 WEST GLENOAKS AVENUE
ANAHEIM CA, 92801   714-944-6232   IN PRO-PER

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 250,000,00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fraud upon Court — wrongful proceedings

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV 11 - 03638 R (JEMx)**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET    APR 28 2011                            Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | NEW YORK NY |
| | ATLANTA GA |
| | RHODE ISLAND |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 04/26/2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV11- 3638 R (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY